476 A.2d 84

Buterbaugh, Appellant, v. Victory.

Argued February 29, 1984. Mark A. Gregg, for appellant; William U. Smith, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.

476 A.2d 84

Cheyney, et al., Appellants, v. Cohen D/B/A
Maplewood Pharmacy.

Argued March 7, 1984. Marjorie C. Lawrence, for appellants; Lenard L. Wolffe, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order affirmed.